PROB 12B
(7/93)

Report Date: August 25, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew Martin Oakes          Case Number: 2:08CR00057-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/17/2008          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Ammunition,          Date Supervision Will Commence: 9/16/2011
18 U.S.C. § 922 (g)(1)

Original Sentence: Prison - 46 Months;          Date Supervision Expires: 9/15/2014
                   TSR - 36 Months

## PETITIONING THE COURT

To **remove** the condition of supervision as follows:

19    You shall reside in a community corrections center upon release from imprisonment for a period up to 1
      year. You shall abide by the rules and requirements of the facility. You shall remain at the facility until
      discharged by the Court.

### CAUSE

Mr. Oakes is scheduled to release from the Bureau of Prisons (BOP) custody on September 16, 2011. At this
time, he has an approved release address at an Oxford House in Spokane, Washington, as well as, full-time
employment. He has had the benefits of prerelease transition services since March 21, 2011, and has been
residing at the Oxford House since June 16, 2011, and is not in need of an additional year in the Residential
Reentry Center. Therefore, it is respectfully recommended that the above special condition be removed.

Mr Oakes has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor
and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:          8/25/11

                      U.S. Probation Officer

Prob 12B
**Re: Oakes, Andrew Martin**
**August 25, 2011**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ ✗ ]   The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

8/29/2011
_____
Date