PROB 12C
(7/93)

Report Date: June 27, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUN 29 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Martin Oakes   Case Number: 2:08CR00057-002

Address of Offender: ███████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | Dan B. Johnson |

Type of Supervision: Supervised Release

Date Supervision Commenced: September 16, 2011

Date Supervision Expires: September 15, 2014

---

## PETITIONING THE COURT

**To issue a summons.**

The undersigned officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Mr. Oakes provided a urinalysis sample that tested positive for methamphetamine and marijuana on June 6, 2012. The sample was confirmed positive from the laboratory on June 23, 2012.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06-27-2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob12C
Re: Oakes, Andrew Martin
June 27, 2012
Page 2

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

6/29/12
Date