PROB 12B
(7/93)

Report Date: July 16, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew Martin Oakes                Case Number: 2:08CR00057-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2008        Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: September 16, 2011

Original Sentence: Prison - 46 Months;
TSR - 36 Months

Date Supervision Expires: September 15, 2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/16/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob 12B
Re: Oakes, Andrew Martin
July 16, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

July 17, 2012
Date